## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| WILMINGTON TRUST, N.A., as SECURITIES INTERMEDIARY, <br><br> Plaintiff, <br><br> vs. <br><br> LINCOLN BENEFIT LIFE COMPANY, <br><br> Defendant. | Index No.: 3:17-CV-185-SA-RP |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are dismissed with prejudice, with each side to bear its own costs and expenses.

Dated: June 17, 2019      By:     /s/Shea S. Scott
                                  OF COUNSEL
                                  WILTON V. BYARS, III - BAR # 9335
                                  wbyars@danielcoker.com
                                  SHEA S. SCOTT - BAR # 100775
                                  sscott@danielcoker.com
                                  **DANIEL COKER HORTON & BELL, P.A.**
                                  265 NORTH LAMAR BOULEVARD, SUITE R
                                  POST OFFICE BOX 1396
                                  OXFORD, MISSISSIPPI 38655-1396
                                  TELEPHONE: (662) 232-8979
                                  FACSIMILE: (662) 232-8940

                                  **REED SMITH, LLP**
                                  Casey D. Laffey (*pro hac vice*)
                                  David M. Schlecker (*pro hac vice*)
                                  599 Lexington Avenue
                                  New York, NY 10022

        Telephone: (212) 521-5400
        Facsimile: (212) 521-4540
        claffey@reedsmith.com
        dschlecker@reedsmith.com
        *Attorneys for Plaintiff*

Dated: June 17, 2019     By:     /s/ *Jason P. Gosselin*
        /s/ *Katherine L. Villanueva*
        Jason P. Gosselin (*pro hac vice*)
        Jason.Gosselin@dbr.com
        Katherine L. Villanueva (*pro hac vice*)
        Katherine.Villaneuva@dbr.com
        **DRINKER BIDDLE & REATH LLP**
        One Logan Square, Ste. 2000
        Philadelphia, PA 19103-6996
        Telephone: (215) 988-2700
        Fax: (215) 988-2757
        William L. McDonough, Jr., Bar # 2414
        bmcdonough@cctb.com
        **COPELAND, COOK, TAYLOR & BUSH, P.A.**
        P.O. Box 10
        Gulfport, MS 39502-0010
        Telephone: (228) 863-6101
        Fax: (228) 863-1844

        *Attorneys for Defendant*

{D1213149.1}